STATUS REPORT 11/15/2023
CASES ASSIGNED TO JUDGE AQUILINO

NOVEMBER 2023 STATUS REPORT ON PENDING GDLSK CASES ASSIGNED TO JUDGE AQUILINO: A draft of the schedule of case status reports was provided to each Government attorney assigned to the identified cases prior to filing for review and comment. The contents of the schedule, as filed, has been approved by Government counsel. When the declared status of a case is not wholly within the plaintiff's control (*e.g.,* "stipulations are being contemplated," "proposed stipulations are being prepared", etc.), the Government accepts such statements but cannot confirm their accuracy.

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 08-00367 | Value - First Sale | Valuation issue is the same as case 11-00007. Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. Defendant has requested documentation on selected entries for review. Plainttiff is in the process of obtaining the requested documents. The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 08-00407 | Value - First Sale | Valuation issue is the same as case 11-00007. Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. Defendant has requested documentation on selected entries for review. Plainttiff is in the process of obtaining the requested documents. The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 08-00408 | Value - First Sale  Classification - gloves | Valuation issue is the same as case 11-00007. Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. Defendant has requested documentation on selected entries for review. Plainttiff is in the process of obtaining the requested documents. The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00074 | Value - First Sale | Valuation issue is the same as case 11-00007. Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. Defendant has requested documentation on selected entries for review. Plainttiff is in the process of obtaining the requested documents. The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00075 | Value - First Sale | Valuation issue is the same as case 11-00007. Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation. Defendant has requested documentation on selected entries for review. Plainttiff is in the process of obtaining the requested documents. The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00076 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00077 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00107 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00112 | Value - First Sale Classification - gloves | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00113 | Value - First Sale Classification - jackets | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00114 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00115 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00131 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00147 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00176 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00178 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00179 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00319 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00320 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00321 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00322 | Value - First Sale  Classification - gloves | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00388 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00389 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 09-00393 | Value - First sale<br>Classification - pants | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00417 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00418 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00512 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00513 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 09-00517 | Value - First Sale;<br>Classification - gloves | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023
CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 10-00005 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00006 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00008 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00009 | Value - First sale  Classification - pants | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00024 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00025 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| ALPINESTARS S.P.A. | 10-00027 | Value - First Sale; Classification - gloves | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00028 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00078 | Value - First Sale | Valuation issue is the same as case 11-00007.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00079 | Value - First Sale; Classification - gloves | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 10-00080 | Value - First Sale | Valuation issue is the same as case 11-00007.  Plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Defendant has requested documentation on selected entries for review.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |
| ALPINESTARS S.P.A. | 11-00007 | Value - First Sale | Stipulation under review at DOJ.  On 2/10/22, plaintiff provided defendant with additional information regarding the scope of each case to assist defendant in reviewing plaintiff's proposed stipulation.  Plaintiff provided additional records on 4/28/22.  The parties had a status call on 6/16/22, pursuant to which defendant requested additional records on selected entries covering all pending cases.  Plainttiff is in the process of obtaining the requested documents.  The parties are still hoping to resolve the case and related cases through stipulation. |

STATUS REPORT 11/15/2023

CASES ASSIGNED TO JUDGE AQUILINO

| PLAINTIFF | CIT No. | ISSUE | STATUS AS OF 02/15/2023 |
|---|---|---|---|
| Saramax | 00-00539 | Classification - Shelf Bra Tops | Since the last report, the DOJ has informed us that they require additional samples, or photos to be able to stipulate these cases and we have requested the same from our client.  Plaintiffs are working to collected the requested samples or photos. |
| Saramax Apparel Group Ltd. | 03-00897 | Classification - Shelf Bra Tops | Since the last report, the DOJ has informed us that they require additional samples, or photos to be able to stipulate these cases and we have requested the same from our client.  Plaintiffs are working to collected the requested samples or photos. |
| Saramax Apparel Group Ltd. | 04-00395 | Classification - Shelf Bra Tops | Since the last report, the DOJ has informed us that they require additional samples, or photos to be able to stipulate these cases and we have requested the same from our client.  Plaintiffs are working to collected the requested samples or photos. |
|  |  |  |  |
|  |  |  |  |