

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
THOMAS J. AQUILINO, JR.
SENIOR JUDGE

February 6, 2024

Robert F. Seeley, Esq.
Grunfeld, Desiderio, Lebowitz,
   Silverman & Klestadt LLP
399 Park Avenue - 25th Floor
New York, New York  10022

Sir:

      This is to commend you for your resolution and/or removal of innumerable actions pending on the Court's reserve calendar but also to herewith direct you to report on or before April 19, 2024 why the following actions dating as far back as the beginning of this century should not now be dismissed from the aforesaid calendar for lack of prosecution.

| Court Number | Plaintiff |
|---|---|
| 2000-cv-00539-TJA | Saramax |
| 2003-cv-00897-TJA | Saramax Apparel Group Ltd. |
| 2004-cv-00395-TJA | Saramax Apparel Group Ltd. |
| 2008-cv-00367-TJA | Alpinestars S.P.A. |
| 2008-cv-00407-TJA | Alpinestars S.P.A. |
| 2008-cv-00408-TJA | Alpinestars S.P.A. |
| 2009-cv-00074-TJA | Alpinestars S.P.A. |
| 2009-cv-00075-TJA | Alpinestars S.P.A. |
| 2009-cv-00076-TJA | Alpinestars S.P.A. |
| 2009-cv-00077-TJA | Alpinestars S.P.A. |
| 2009-cv-00107-TJA | Alpinestars S.P.A. |
| 2009-cv-00112-TJA | Alpinestars S.P.A. |
| 2009-cv-00113-TJA | Alpinestars S.P.A. |
| 2009-cv-00114-TJA | Alpinestars S.P.A. |
| 2009-cv-00115-TJA | Alpinestars S.P.A. |
| 2009-cv-00131-TJA | Alpinestars S.P.A. |

Case 1:11-cv-00007-TJA   Document 61   Filed 02/06/24   Page 2 of 2

- 2 -

| Court Number | Plaintiff |
|---|---|
| 2009-cv-00147-TJA | Alpinestars S.P.A. |
| 2009-cv-00176-TJA | Alpinestars S.P.A. |
| 2009-cv-00178-TJA | Alpinestars S.P.A. |
| 2009-cv-00179-TJA | Alpinestars S.P.A. |
| 2009-cv-00319-TJA | Alpinestars S.P.A. |
| 2009-cv-00320-TJA | Alpinestars S.P.A. |
| 2009-cv-00321-TJA | Alpinestars S.P.A. |
| 2009-cv-00322-TJA | Alpinestars S.P.A. |
| 2009-cv-00388-TJA | Alpinestars S.P.A. |
| 2009-cv-00389-TJA | Alpinestars S.P.A. |
| 2009-cv-00393-TJA | Alpinestars S.P.A. |
| 2009-cv-00417-TJA | Alpinestars S.P.A. |
| 2009-cv-00418-TJA | Alpinestars S.P.A. |
| 2009-cv-00512-TJA | Alpinestars S.P.A. |
| 2009-cv-00513-TJA | Alpinestars S.P.A. |
| 2009-cv-00517-TJA | Alpinestars S.P.A. |
| 2010-cv-00005-TJA | Alpinestars S.P.A. |
| 2010-cv-00006-TJA | Alpinestars S.P.A. |
| 2010-cv-00008-TJA | Alpinestars S.P.A. |
| 2010-cv-00009-TJA | Alpinestars S.P.A. |
| 2010-cv-00024-TJA | Alpinestars S.P.A. |
| 2010-cv-00025-TJA | Alpinestars S.P.A. |
| 2010-cv-00027-TJA | Alpinestars S.P.A. |
| 2010-cv-00028-TJA | Alpinestars S.P.A. |
| 2010-cv-00078-TJA | Alpinestars S.P.A. |
| 2010-cv-00079-TJA | Alpinestars S.P.A. |
| 2010-cv-00080-TJA | Alpinestars S.P.A. |
| 2011-cv-00007-TJA | Alpinestars S.P.A. |

/s/ Thomas J. Aquilino, Jr.
Senior Judge